Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (212) 643-6677
Email: dlight@hasbanilight.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Wilmington PT Corp.,    Index No.: 1:19-cv-05850

                              Plaintiff,

                                                     **NOTICE OF REJECTION**

    -against-

3331 102 St LLC, City of New York Department of Transportation Parking Violations Bureau, Alvaro Guevara, New York City Environmental Control Board,

                              Defendants.
------------------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that the "Answer" of Defendant, 3331 102 St LLC, filed on December 25, 2019 is rejected because leave of the Court was not obtained prior to its filing. Defendant, 3331 102 St LLC, was served with the Summons and Complaint more than twenty-one days before the "Answer" was filed and the Clerk entered its Default on December 17, 2019.

Dated: **New York, New York**    **HASBANI & LIGHT, P.C.**
          December 26, 2019

                                                                ***/s/ Danielle P. Light***
                                                                 Danielle P. Light, Esq.